UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE FULLY AUTOMATIC HARD CAPSULE FILLING MACHINE,<br><br>Defendant. | No. 2:19-cv-08497-CAS (GJSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |
| LEFAN CAPSULE INTERNATIONAL, INC.,<br><br>Claimant. | |

Plaintiff United States of America ("the government") and Claimant Lefan Capsule International, Inc. ("Lefan") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C.

1  § 881(a)(9).

2  3. Notice of this action has been given and published as required by law. All potential claimants to the defendant One Fully Automatic hard Capsule Filling Machine ("defendant") other than Lefan are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. Within thirty (30) days after this Consent Judgment of Forfeiture is entered, Lefan shall pay the United States of America $10,000.000, which shall be the substitute res for the defendant. The $10,000.00 shall be paid via a cashier's check payable to the United States Marshals Service (or in any other manner agreed to in writing by the United States Attorney's Office following the entry of this Consent Judgment of Forfeiture) and delivered to the Assistant United States Attorney signing the stipulation (or any other Assistant United States Attorney as designated in writing by the United States Attorney's Office following the entry of this Consent Judgment of Forfeiture).

5. Should Lefan timely make the $10,000.00 payment in full and in the manner provided by this Consent Judgment of Forfeiture, the United States of America shall release the defendant to Lefan. The defendant personal property shall be released to Lefan or its counsel. The USMS shall contact counsel to arrange for release of the defendant personal property. If Lefan or Lefan's counsel does not make arrangements to retrieve the defendant personal property within 60 days of such USMS contact and actually retrieve the defendant personal property, the defendant personal property shall be deemed abandoned, and all right, title and interest in the defendant personal property shall be forfeited to the United States, which shall dispose of the property according to law, unless the USMS and Lefan agree otherwise in writing.

6. However, should Lefan fail to timely make the $10,000.00 payment in full and in the manner provided by this Consent Judgment of Forfeiture, the following shall apply:

   a. The United States of America shall file a statement which provides

that Lefan has failed to timely make the $10,000.00 payment in full and in the manner provided by this Consent Judgment of Forfeiture.

        b.     The United States of America shall have judgment as to the interests of Lefan and all other potential claimants as to the defendant, which shall be condemned and forfeited to the United States of America and disposed of by the United States of America in accordance with law.

7.     There was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.     Lefan did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: January 16, 2020

*[signature]*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA